UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL PHAN,

    Plaintiff,

v.                              CASE NO.: 3:10-cv-435-TJC-MCR

FIRST PREMIER BANK, et al.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, Michael Phan voluntarily dismisses with prejudice the above-entitled action against Defendant Accounts Receivable Management, Inc.

Defendant has not filed either an answer or a motion for summary judgment before this notice of dismissal is being filed with the Court.

Dated: June 9th 2010.

                                            Respectfully submitted:

                                            /s/
                                            Michael Phan
                                            9401 Osprey Branch Trail Unit 9
                                            Jacksonville, FL 32257
                                            904-425-2616 (Tel)
                                            904-458-8991 (Fax)
                                            michael.p.esq@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 9th 2010, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was sent by first class mail to the Clerk of Court. Pursuant to Fed. R. Civ. P. 5(d), counsel of record will be served by electronic mail and first class mail on this same date as follows:

Mr. James R. Bedell, Esq.
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 S Seventh Street
Minneapolis, MN 55402-4129
*bedellj@moss-barnett.com*

/s/ Michael Phan

2