**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL PHAN,

    Plaintiff,

vs.                                         Case No.  3:10-cv-435-J-32MCR

FIRST PREMIER BANK, et al.,

    Defendants.

## ORDER

This case is before the Court on plaintiff's Notice Of Voluntary Dismissal With Prejudice as to defendant Accounts Receivable Management, Inc.  (Doc. 4.)  It is now

**ORDERED:**

1.    This case is **DISMISSED WITH PREJUDICE** as to defendant Accounts Receivable Management, Inc.

2.    The file shall remain open.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of June, 2010.

_____
**TIMOTHY J. CORRIGAN**
United States District Judge

jl.
Copies to:

Counsel of Record
Unrepresented Party